E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
DAVID W. WILLIAMS (Cal. Bar No. 295204)
Assistant United States Attorneys
     Major Frauds/Appeals Sections
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0756/8485
     Facsimile: (213) 894-6265
     Email:    valerie.makarewicz@usdoj.gov
               david.williams3@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-cr-00127-MCS |
|---|---|
| Plaintiff, | NOTICE OF ERRATA RE: JOINT STATEMENT OF THE CASE |
| v. | Trial Date:  May 24, 2024 |
| DOUGLAS CHRISMAS, | Trial Time:  8:30 a.m. |
| Defendant. | Location:    Courtroom of the Hon. Mark C. Scarsi |

1    Plaintiff United States of America, by and through its counsel
2 of record, the United States Attorney for the Central District of
3 California and Assistant United States Attorneys Valerie L.
4 Makarewicz and David W. Williams, hereby notifies the Court of a
5 typographical error contained in the Joint Statement of the Case
6 previously filed (ECF No. 51.)  On page 2, line 8, the date of the
7 filing of bankruptcy is incorrect.  The bankruptcy was filed on
8 February 19, 2013, not February 12, 2013.

Dated: May 24, 2024                Respectfully submitted,

                                   E. MARTIN ESTRADA
                                   United States Attorney

                                   MACK E. JENKINS
                                   Assistant United States Attorney
                                   Chief, Criminal Division


                                     /s/
                                   VALERIE L. MAKAREWICZ
                                   DAVID W. WILLIAMS
                                   Assistant United States Attorneys

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

**JOINT STATEMENT OF THE CASE**

The government has charged defendant DOUGLAS CHRISMAS with three counts of Embezzlement Against a Bankruptcy Estate, in violation of 18 U.S.C. § 153.

Defendant DOUGLAS CHRISMAS was an officer of a company called Art and Architecture Books of the 21st Century, which operated as "Ace Gallery."

On February 12, 2013, Ace Gallery declared bankruptcy and filed a petition for bankruptcy protection in a federal court. When that bankruptcy petition was filed, something called a "bankruptcy estate" was created. The bankruptcy estate included all of the property owned by Ace Gallery.

After Ace Gallery declared bankruptcy, Mr. Chrismas became the trustee of the bankruptcy estate. In addition to overseeing Ace Gallery's operations, he was therefore responsible for controlling the bankruptcy estate's property. Mr. Chrismas remained in this position until April 6, 2016.

The government alleges that during his time as trustee of the bankruptcy estate, Mr. Chrismas embezzled property belonging to Ace Gallery's bankruptcy estate. Specifically, the government alleges that Mr. Chrismas used his position as trustee to embezzle approximately $264,595 from the bankruptcy estate over the course of three separate transactions -- two transactions on March 30, 2016, and one transaction on April 1, 2016 – by using that money to benefit a completely different company, which he also controlled, and not using it to benefit Ace Galley.

Mr. Chrismas denies the government's allegations and has

3

1  pleaded not guilty to all the charges.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  pleaded not guilty to all the charges.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28