**DENIED**
BY ORDER OF THE COURT
Dated: 2/26/2025

*Mark C. Scarsi*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>DOUGLAS J. CHRISMAS,<br><br>         Defendant. | Case No. 2:21-CR-00127-MCS<br><br>**[PROPOSED] ORDER** |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Douglas Chrismas's *ex parte* application is GRANTED. The self-surrender date is continued from March 3, 2025 to March 17, 2025.

IT IS SO ORDERED.

**DENIED**
BY ORDER OF THE COURT

Dated: _____
HONORABLE MARK C. SCARSI
United States District Judge