## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DOUGLAS J. CHRISMAS,<br><br>    Defendant. | Case No. 2:21-CR-00127-MCS-1<br><br>**ORDER ON EX PARTE APPLICATION PERMITTING *IN CAMERA* AND UNDER SEAL SUBMISSION OF DECLARATION OF COUNSEL (ECF No. 258)** |

Good cause having been shown, Mr. Chrismas' *ex parte* application is granted, and the Declaration of Counsel shall be filed *in camera* and under seal.

Dated: February 26, 2025

_____
Honorable Mark C. Scarsi
United States District Judge